**ORIGINAL**

FILED IN CHAMBERS
U.S.D C   Atlanta

NOV 29 2007

JAMES N. HATTEN, Clerk
By _____ Deputy Clerk

FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

UNITED STATES OF AMERICA :
                         :   CRIMINAL ACTION NO.
         v.              :
                         :   1:07-CR-398-RWS
SUGAR BEAR INC.          :

THE UNITED STATES ATTORNEY CHARGES THAT:

### COUNT ONE

**Encouraging and Inducing Illegal Aliens
8 U.S.C. 1324(a)(1)(A)(iv)**

1. Beginning as early as October 1999 and continuing until in or about November 2004, in the Northern District of Georgia and elsewhere, the defendant SUGAR BEAR, INC., was located at 1990 Lakeside Parkway, Suite 230, Tucker, Georgia.

2. In or about the October 1999 and continuing until the in or about November 2004, in the Northern District of Georgia and elsewhere, the defendant, SUGAR BEAR, INC., aided and abetted by others known and unknown, encouraged and induced the aliens, R.R., R.J., V.K., and others, to reside in the United States, by employing the alien by the defendant SUGAR BEAR, INC., knowing and in reckless disregard of the fact that such residence in the United States was and would be in violation of law.

All in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(iv), and 1324(a)(1)(A)(v)(II).

        DAVID E. NAHMIAS
        UNITED STATES ATTORNEY

        */s/ Randy S. Chartash*

        RANDY S. CHARTASH
        ASSISTANT UNITED STATES ATTORNEY
        600 U.S. Courthouse
        75 Spring Street, S.W.
        Atlanta, GA 30303
        404.581.6009
        404.581.6181 (facsimile)
        (Georgia Bar No.121760)