# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

FILED IN CHAMBERS
U S D C    Atlanta

DEC 0 3 2007

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

### 1:07-cr-00398-RWS
### USA v. Sugar Bear, Inc.
### Honorable Richard W. Story

Minute Sheet for proceedings held In Open Court on 11/29/2007.

TIME COURT COMMENCED: 2:45 P.M.
TIME COURT CONCLUDED: 3:05 P.M.
TIME IN COURT: 00:20

COURT REPORTER: Sharon Upchurch
DEPUTY CLERK: Rick Goss

| | |
|---|---|
| DEFENDANT(S): | [1] Sugar Bear, Inc. Present at proceedings |
| ATTORNEY(S) PRESENT: | Randy Chartash representing USA<br>** Ed Garland representing Sugar Bear, Inc.<br>** Janice Singer representing Sugar Bear Inc. |
| PROCEEDING CATEGORY: | Change of Plea; Sentencing Hearing(Sentencing Hearing Non-evidentiary); |
| MINUTE TEXT: | Waiver of Indictment. Sentence: 4 years probation. $15,000.00 fine. |