FILED IN CHAMBERS
U.S.D.C Atlanta

DEC 0 3 2007

JAMES N. HATTEN, Clerk
By _____ Deputy Clerk

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

**UNITED STATES OF AMERICA**

-vs-

Case No. 1:07-CR-398-RWS

**SUGAR BEAR, INC.**

**Defendant's Attorney:**
Ed Garland and Janice Singer

## JUDGMENT IN A CRIMINAL CASE
(For Offenses Committed On or After November 1, 1987)

The defendant plead guilty to Count One of the Information.

Accordingly, the defendant is adjudged guilty of such count(s) which involves the following offense

| Title & Section | Nature of Offense | Count No |
|---|---|---|
| 8 U.S.C § 1324(a)(1)(A)(iv) & 1324(a)(1)(A)(v)(II) | Encouraging and Inducing Illegal Aliens | 1 |

The defendant is sentenced as provided in pages 2 through 2 of this judgment. The sentence is imposed pursuant to 18 U.S C. 3553(a)

It is ordered that the defendant shall pay the special assessment of $ 400.00 which shall be due immediately.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States attorney for this district within thirty days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec No. N/A
Defendant's Date of Birth: N/A
Defendant's Mailing Address.
1990 Lakeside Parkway
Suite 230
Tucker, Georgia 30084

Date of Imposition of Sentence: November 29, 2007

Signed this the _3rd_ day of December, 2007.

RICHARD W. STORY
UNITED STATES DISTRICT JUDGE

1:07-CR-398-RWS SUGAR BEAR, INC

# PROBATION

The defendant is hereby placed on probation for a term of **four (4) years**.

While on probation, the defendant shall not commit another federal, state or local crime.

The defendant shall comply with the following additional conditions:

(a) a reasonable number of regular or unannounced examinations of the defendant's books and records at appropriate business premises by the probation officer or experts engaged by the court to include an examination of defendant's employment records;
(b) interrogation of knowledgeable individuals within the organization by the probation officer or experts engaged by the Court regarding the immigration and employment status of employees of Defendant;
(c) the Defendant's developing and submitting to the United States and the Court a program to prevent and detect violations of law, including a schedule for implementation;
(d) defendant shall make periodic reports to the Court or probation officer, at intervals and in a form specified by the Court, regarding the organization's progress in implementing the program to prevent and detect violations of law; and
(e) compensation to and costs of any experts engaged by the court shall be paid by the defendant

# FINE

The defendant shall pay a fine of **$ 15,000.00**

This fine (plus any interest required) shall be paid to the United States

If the fine is not paid, the court may sentence this defendant to any sentence which might have been originally imposed. See 18 USC 3614.